DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES ORTEZ HOWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1509

_____

April 24, 2024

Appeal from the Circuit Court for Pinellas County; Joseph Bulone, Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.